# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JESSICA SHULZ EDDY,**
        **Plaintiff,**

     v.                               Case No. 10-C-1043

**KENOSHA COUNTY SHERIFF'S DEPARTMENT**
**and DAVID BETH, Kenosha County Sheriff,**
        **Defendants.**

---

## ORDER

In accordance with my order of June 29, 2011, **IT IS ORDERED** that this case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) and Civil Local Rule 41(a).

Dated at Milwaukee, Wisconsin, this 27th day of July, 2011.

/s_____
LYNN ADELMAN
District Judge